598

148 So. 915

**Ewing ANDERTON v. STATE.**
**8 Div. 800.**

Court of Appeals of Alabama.
May 23, 1933.

SAMFORD, Judge.
Affirmed.

145 So. 915

**Ruth ANDREWS v. STATE.**
**7 Div. 873.**

Court of Appeals of Alabama.
Jan. 17, 1933.

RICE, J.
Appeal dismissed.

145 So. 915

**Mrs. G. W. ANTHONY v. STATE.**
**6 Div. 242.**

Court of Appeals of Alabama.
Jan. 17, 1933.

SAMFORD, J.
Affirmed.

139 So. 909

**Jess ASHBY v. STATE.**
**8 Div. 354.**

Court of Appeals of Alabama.
Feb. 2, 1932.

RICE, J.
Affirmed.

147 So. 921

**ASSETS REALIZATION CORP. v. L. E.**
**GOFF.**
**4 Div. 966.**

Court of Appeals of Alabama.
March 30, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

139 So. 909

**Jack ATCHLEY v. STATE.**
**8 Div. 432.**

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Affirmed.

145 So. 915

**Johnie AUSTIN v. CITY OF HUNTSVILLE.**
**8 Div. 609.**

Court of Appeals of Alabama.
Jan. 19, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

145 So. 915

**Johnie AUSTIN v. CITY OF HUNTSVILLE.**
**8 Div. 600.**

Court of Appeals of Alabama.
Jan. 19, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.